## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DIANGELO BEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 13 CV 01281 |
| | ) | |
| v. | ) | Judge Thomas M. Durkin |
| | ) | |
| POLICE OFFICER JOHN CICHY, | ) | Magistrate Judge Jeffrey Cole |
| POLICE OFFICER MATTHEW HUDAK, | ) | |
| POLICE OFFICER TERRANCE O'BRIEN, | ) | |
| Individually; | ) | |
| VILLAGE OF SCHAUMBURG, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT VILLAGE OF SCHAUMBURG'S AGREED
## MOTION TO DISMISS PURSUANT TO SETTLEMENT

Defendant Village of Schaumburg, through its attorneys, James G. Sotos and John J.

Timbo of The Sotos Law Firm, P.C., hereby state that the parties have reached agreement to

settle this matter, having entered into a Release and Settlement Agreement and attached

Stipulation to Dismiss (Ex. A), and thus this matter should be dismissed, with prejudice and

without costs or attorneys fees to any party.

Dated: January 14, 2015                    RESPECTFULLY SUBMITTED,

                                           /s/John J. Timbo
                                           JOHN J. TIMBO, Attorney No. 06238251
                                           *One of the Attorneys for Defendant Village of
                                           Schaumburg*

James G. Sotos
John J. Timbo
THE SOTOS LAW FIRM, P.C.
550 E. Devon Ave. Suite 150
Itasca, IL 60143
Tel: (630) 735-3300
Fax: (630) 773-0980
jtimbo@jsotoslaw.com

## <u>CERTIFICATE OF SERVICE</u>

       I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on January 14, 2015, I electronically filed the foregoing **Defendant Village of Schaumburg's Agreed Motion to Dismiss Pursuant to Settlement** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys listed on the attached Service List.

/s/John J. Timbo            

JOHN J. TIMBO, Attorney No. 06238251

*One of the Attorneys for Defendant Village of Schaumburg*

## SERVICE LIST

*Beasley v. Cichy, et al.*
Case No.: 13 CV 1281

***Attorney for Plaintiff***
David S. Lipschultz
Goldberg Weisman & Cairo
One East Wacker Drive, 38th Floor
Chicago, IL 60601
Tel: (312) 464-1200
Fax: (312) 464-1212
dlipschultz@gwclaw.com

***Attorneys for John Cichy, Matthew Hudak & Terrance O'Brien***
Eileen E. Rosen
John J. Rock
Stacy A. Benjamin
Silvia Mercado Masters
Catherine M. Barber
Theresa L. Berousek
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60654
Tel: (312) 494-1000
Fax: (312) 494-1001
erosen@rockfuscoconnelly.com
jrock@rockfuscoconnelly.com
sbenjamin@rockfuscoconnelly.com
smercado@rockfuscoconnelly.com
cbarber@rockfuscoconnelly.com
tberousek@rockfuscoconnelly.com